# Third District Court of Appeal

## State of Florida

Opinion filed December 14, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D21-122 & 3D21-2306
Lower Tribunal No. 18-35014

_____

**Rose Financial Limited Partnership, et al.,**
Appellants,

vs.

**South Bay Holding LLC, et al.,**
Appellees.


Appeals from non-final orders from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Arnaldo Velez, P.A., and Arnaldo Velez; Lewis Baach Kaufmann Middlemiss PLLC, and Eric L. Lewis and Elizabeth M. Velez (New York, NY), and Mark J. Leimkuhler and Chiara Spector-Naranjo, (Washington, D.C.), for appellants.

Akerman LLP, and Robert I. Chaskes and Noelle P. Pankey, for appellees Amicorp Trustees (New Zealand) Limited, Amicorp (Barbados) Limited, Amicorp Mexico S.A. de C.V. Sofom Enr., Amicorp (BVI) Trustees Limited, Amicorp Curaçao B.V., Amicorp Management Limited and Amicorp New Zealand Limited ; White & Case LLP, and James N. Robinson, Maria J. Beguiristain, Zachary B. Dickens, and Andrew K. Gershenfeld, for appellees SGG Management (Curaçao), N.V. & SGG Management (BVI) Ltd.; Mayer

Brown LLP, and Mark G. Hanchet, Robert W. Hamburg, and Victoria D. Whitney, (New York, NY); Stumphauzer Foslid Sloman Ross & Kolaya, PLLC, and Ian M. Ross, for appellee Banque Pictet & Cie SA.

Before LOGUE, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed. Banco de los Trabajadores v. Cortez Moreno, 237 So. 3d 1127, 1136 (Fla. 3d DCA 2018) ("We cannot read section 48.193(1)(a)'s dual requirements—both that a defendant does an enumerated act in Florida and that the cause of action arises from an enumerated act in Florida—as authorizing the exercise of specific jurisdiction when the only tort relied upon to confer such jurisdiction is a civil conspiracy to commit a tort, and *no* element of the underlying tort is alleged to have occurred in Florida.").